IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jerantowski, Dorothy A | Case Number: 07 B 05048 |
| | Judge: Hollis, Pamela S |
| Printed: 12/10/08 | Filed: 3/21/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 27, 2008
Confirmed: June 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,855.00 | |
| Secured: | | 3,529.21 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 325.79 |
| Other Funds: | | 0.00 |
| Totals: | 5,855.00 | 5,855.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Richard S Bass | Administrative | 2,000.00 | 2,000.00 |
| 2. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 1,357.14 | 900.00 |
| 4. | Wells Fargo Financial Illinois Inc | Secured | 20,453.11 | 2,312.04 |
| 5. | American General Finance | Secured | 2,805.76 | 317.17 |
| 6. | Illinois Dept of Revenue | Priority | 1,207.00 | 0.00 |
| 7. | Capital One | Unsecured | 1,483.28 | 0.00 |
| 8. | World Financial Network Nat'l | Unsecured | 505.52 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 645.78 | 0.00 |
| 10. | Charming Shoppes-Fashion Bug | Unsecured | 616.60 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 2,528.32 | 0.00 |
| 12. | Capital One | Unsecured | 745.81 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 156.46 | 0.00 |
| 14. | World Financial Network Nat'l | Unsecured | 454.73 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 424.67 | 0.00 |
| 16. | B-Real LLC | Unsecured | 396.85 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 1,090.42 | 0.00 |
| 18. | American General Finance | Unsecured | 3,028.39 | 0.00 |
| 19. | Ford Motor Credit Corporation | Unsecured | 2,791.01 | 0.00 |
| 20. | RoundUp Funding LLC | Unsecured | 252.89 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 431.11 | 0.00 |
| 22. | Chase Bank USA NA | Unsecured | 635.00 | 0.00 |
| 23. | Illinois Dept of Revenue | Unsecured | 101.00 | 0.00 |
| 24. | Credit First | Unsecured | 397.75 | 0.00 |
| 25. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 26. | Creditors Interchange | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jerantowski, Dorothy A

Printed: 12/10/08

Case Number: 07 B 05048
Judge: Hollis, Pamela S
Filed: 3/21/07

### DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 28. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 29. | Leading Edge | Unsecured | | No Claim Filed |
| 30. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 31. | Lemont Family Dental | Unsecured | | No Claim Filed |
| 32. | MRS Associates, Inc | Unsecured | | No Claim Filed |
| 33. | I C Systems Inc | Unsecured | | No Claim Filed |
| 34. | MRS Associates, Inc | Unsecured | | No Claim Filed |
| 35. | United Recovery Services | Unsecured | | No Claim Filed |
| 36. | Universal Fidelity Corp | Unsecured | | No Claim Filed |
| 37. | Viking Collection | Unsecured | | No Claim Filed |
| 38. | Viking Collection | Unsecured | | No Claim Filed |
| 39. | Weltman Weinberg & Reis Co LPA | Unsecured | | No Claim Filed |
| 40. | Orland Open MRI Midwest Medical Imaging | Unsecured | | No Claim Filed |
| 41. | Client Collection Services Inc | Unsecured | | No Claim Filed |
| | | | $ 44,508.60 | $ 5,529.21 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 268.92 |
| 6.5% | 56.87 |
| | $ 325.79 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

